UNITED STATES  DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| ALLIANZ LIFE INS, | No. C 11-04404 LB |
| Plaintiff, | **ORDER** |
| v. | |
| RUTH INGER AGORIO, *et al.*, | |
| Defendants. | |
| _____/ | |

In the above-captioned matter, Interpleader Plaintiff Allianz Life Insurance Company of North America filed an interpleader complaint on September 2, 2011.  Complaint, ECF No. 1.  The court granted Allianz's motion to deposit funds on October 20, 2011.  Order, ECF No. 20.   On November 4, 2011, Defendants filed an answer, which included a request for entry of judgment pursuant to a stipulation that resolved all conflicts between the defendants.  ECF No. 21.  Thus, Allianz's discharge appears to be the only issue impeding the entry of judgment.  A case management conference is scheduled for March 8, 2012.  ECF No. 6.  However, given these developments, if the parties wish to advance the case management conference, they may contact courtroom deputy Lashanda Scott at 510-637-3525 to schedule the conference for an earlier date.

**IT IS SO ORDERED.**

Dated: December 14, 2011

_____
LAUREL BEELER
United States Magistrate Judge

C 11-04404 LB
ORDER