Carl C. Scherz (admitted *pro hac vice*)
cscherz@lockelord.com
LOCKE LORD LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201
Telephone: 214-740-8583
Facsimile: 214-740-8800

Sally W. Mimms (SBN: 276093)
smimms@lockelord.com
LOCKE LORD LLP
44 Montgomery Street, Suite 2400
San Francisco, California 94104
Telephone: 415-318-8806
Facsimile: 415-520-9523

Attorneys for Plaintiff
ALLIANZ LIFE INSURANCE COMPANY OF NORTH AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLIANZ LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RUTH INGER AGORIO, INDIVIDUALLY; RUTH INGER AGORIO, TRUSTEE FOR THE ENRIQUE AGORIO, M.D., MPH, A MEDICAL CORPORATION RETIREMENT TRUST; RUTH INGER AGORIO, EXECUTRIX OF ESTATE OF ENRIQUE FRANCISCO AGORIO; AND RUTH INGER AGORIO, TRUSTEE OF THE ENRIQUE AGORIO, M.D., MPH, A MEDICAL CORP. PROFIT SHARING PLAN,<br><br>Defendants. | CASE NO. 11-4404-LB<br><br>Hon. Laurel Beeler<br><br>**[PROPOSED] ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY AT MOTION HEARING**<br><br>Date: February 2, 2012<br>Time: 11:00 a.m.<br>Place: Courtroom 4, 3rd Floor |

1

[PROPOSED] ORDER GRANTING ALLIANZ'S REQUEST TO APPEAR TELEPHONICALLY
*Allianz Life Ins. Co. of N. Am. v. Ruth Inger Agorio, et al.*, Case No. 11-4404

1    Came on for consideration this day the request of Allianz Life Insurance Company of North
2  America ("Allianz") for leave for certain its counsel, namely Carl C. Scherz, to appear
3  telephonically at the hearing on its Motion for Discharge of Stakeholder in Interpleader Action and
4  for Recovery of Attorney's Fees Incurred that is currently set for hearing before this Court on
5  February 2, 2012 at 11:00 a.m.
6    For good cause shown, that request is GRANTED.  The Court's courtroom deputy will
7  contact Carl C. Scherz, counsel for Allianz, at the following telephone number: 214-740-8583.

9    IT IS SO ORDERED.

12  Dated: __1/31/2012_____



Hon. Laurel Beeler
United States Magistrate Judge

**Locke Lord LLP**
44 Montgomery Street, Suite 2400
San Francisco, CA 94104