Carl C. Scherz (admitted *pro hac vice*)
cscherz@lockelord.com
LOCKE LORD LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201
Telephone:   214-740-8583
Facsimile:   214-740-8800

Sally W. Mimms (SBN: 276093)
smimms@lockelord.com
LOCKE LORD LLP
44 Montgomery Street, Suite 2400
San Francisco, California 94104
Telephone:   415-318-8806
Facsimile:   415-520-9523

Attorneys for Plaintiff
ALLIANZ LIFE INSURANCE COMPANY OF NORTH AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLIANZ LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>RUTH INGER AGORIO, INDIVIDUALLY; RUTH INGER AGORIO, TRUSTEE FOR THE ENRIQUE AGORIO, M.D., MPH, A MEDICAL CORPORATION RETIREMENT TRUST; RUTH INGER AGORIO, EXECUTRIX OF ESTATE OF ENRIQUE FRANCISCO AGORIO; AND RUTH INGER AGORIO, TRUSTEE OF THE ENRIQUE AGORIO, M.D., MPH, A MEDICAL CORP. PROFIT SHARING PLAN,<br><br>             Defendants. | CASE NO. 11-4404-LB<br><br>Hon. Laurel Beeler<br><br>**[PROPOSED] ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY AT MOTION HEARING**<br><br>Date:       February 2, 2012<br>Time:      11:00 a.m.<br>Place:     Courtroom 4, 3rd Floor |

1

[PROPOSED] ORDER GRANTING ALLIANZ'S REQUEST TO APPEAR TELEPHONICALLY
*Allianz Life Ins. Co. of N. Am. v. Ruth Inger Agorio, et al.*, Case No. 11-4404

Came on for consideration this day the request of Allianz Life Insurance Company of North America ("Allianz") for leave for certain its counsel, namely Carl C. Scherz, to appear telephonically at the hearing on its Motion for Discharge of Stakeholder in Interpleader Action and for Recovery of Attorney's Fees Incurred that is currently set for hearing before this Court on February 2, 2012 at 11:00 a.m.

For good cause shown, that request is GRANTED. The Court's courtroom deputy will contact Carl C. Scherz, counsel for Allianz, at the following telephone number: 214-740-8583.

IT IS SO ORDERED.

Dated: 1/31/2012



Hon. Laurel Beeler
United States Magistrate Judge