UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| ALLIANZ LIFE INS., | No. C 11-04404 LB |
| Plaintiff, | **ORDER RE ENTRY OF JUDGMENT** |
| v. | |
| RUTH INGER AGORIO, *et al.* | |
| Defendants. | |

Allianz Life Insurance Company filed this interpleader action on September 2, 2011, seeking the court's aid in determining the proper recipient of the death benefits of a life insurance policy numbered 002783969 that was issued by the plaintiff. Complaint, ECF No. 1 at 1-2, 4. Ruth Inger Agorio was named as an interpleader defendant in her individual capacity, as the trustee for The Enrique Agorio, M.D., MPH, a Medical Corporation Retirement Trust, as the executrix of Estate of Enrique Francisco Agorio, and as the trustee of the Enrique Agorio, M.D., MPH, a Medical Corp. Profit Sharing Plan. *Id.* at 2. On February 10, 2012, the court granted Allianz's motion for discharge and attorneys' fees, leaving only Ruth Inger Agorio, in her various capacities, in the case. Order, ECF No. 31 at 10-11.

On November 4, 2011, the interpleader defendants entered into a stipulation for entry of judgment wherein they agreed that Ruth Inger Agorio, in her individual capacity, is the proper recipient of the death benefits from the policy at issue. ECF No. 21-9 at 2. They also requested that the court enter judgment in the case pursuant to the stipulation. *Id.*

Given these factors, the court finds it appropriate to order the stipulated entry of judgment. The court **ORDERS** judgment to entered in favor of Ruth Inger Agorio, individually, and the balance of funds deposited into the registry of the court by Allianz Life Insurance Company on or about October 20, 2011, plus any interest accrued, be paid to Ruth Inger Agorio, individually.

**IT IS SO ORDERED.**

Dated: February 17, 2012

_____
LAUREL BEELER
United States Magistrate Judge

C 11-04404 LB
ORDER

2